ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2018 MAR -5 AM II: 41

U.S. DISTRICT COURT
NORTHERN DIST. OF
FT. WORTH DIVISION

CLERK OF COURT

| | | |
|---|---|---|
| JACQUELINE CRAIG, INDIVIDUALLY, | § | |
| AND ON BEHALF OF MINORS, J.H., | § | |
| K.H., AND A. C. AND | § | |
| BREA HYMOND, INDIVIDUALLY | § | |
| *Plaintiffs* | § | **CIVIL ACTION NO.** |
| *v.* | § | **4:17-cv-01020-A** |
| | § | |
| CITY OF FORT WORTH TEXAS, | § | |
| WILLIAM D. MARTIN, AND | § | |
| ITAMAR VARDI, | § | |
| *Defendants* | § | |

CITY OF FORT WORTH'S
CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1 and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D) and

81.2, Defendant City of Fort Worth certifies that the following listed persons have an interest in

the outcome of this case. These representations are made in order that the judges of the court

may evaluate possible disqualification or recusal:

1. Jacqueline Craig, Individually and as next friend of her minor daughters J.H. and K.H, and her minor son A.C. (Plaintiff);

2. Brea Hymond (Plaintiff);

3. S. Lee Merritt (Attorney for Plaintiff);

4. Daryl K. Washington (Attorney for Plaintiff);

5. William D. Martin (Defendant);

6. Kenneth E. East (Attorney for Defendant Martin);

7. Itamar Vardi (Defendant);

8. City of Fort Worth, Texas (Defendant);

9. Laetitia Coleman Brown (Attorney for Defendant City of Fort Worth);

10.    Lynn Winter (Attorney for Defendant City of Fort Worth).

Respectfully submitted,

**LAETITIA COLEMAN BROWN**
State Bar No. 00792417
*laetitia.brown@fortworthtexas.gov*

**LYNN WINTER**
State Bar No. 24078135
*lynn.winter@fortworthtexas.gov*

Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102
817.392.7600
817.392.8359/Fax
***Attorneys for Defendant City of Fort Worth***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2018, I manually filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas.  The ECF system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means (all other parties have been given notice in the manner designated below):

S. Lee Merritt
MERRITT LAW FIRM, LLC
1910 Pacific Avenue, Suite 11500
Dallas, Texas 75201
slm@merrittatlaw.com
**Attorney for Plaintiffs**

Daryl K. Washington
WASHINGTON LAW FIRM, P.C.
325 N. St. Paul St., Suite 3950
Dallas, TX 75201
dwashington@dwashlawfirm.com
**Attorney for Plaintiffs**

Kenneth E. East
LAW OFFICE OF KENNETH E. EAST
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
Ken@fostereast.com
**Attorney for Defendant Officer Martin**

Itamar Vardi
7417 Rock Garden Trail
Fort Worth, TX 76123
**Defendant**

*Via Certified Mail 7016 2140 0000 1153 5042*

LAETITIA COLEMAN BROWN