4:19-CV-067-A

Honorable Judge                                    4:17-CV-1020-A

Your time and work is much appreciated.

Mr Vardi kindly ask you your honor to concider his following motions / requests.

Thank you on behalf of Mr Vardi

DEPUTY CLERK    2019 FEB 11 PM 4:22    CLERK OF DISTRICT COURT NORTHERN DIST. OF TX FORT WORTH DIVISION FILED

7417 Rock Garden trail FW 76123

(1)

On December 21, 2016 Mr Vardi was working on his yard, cleaning and painting the fence. A boy, subsequently known as of Craig family member, walked by alone passing next to mr Vardi's yard then threw a plastic bag of some kind onto the grass of Vardi's yard. Mr Vardi called him and asked him to pick it up and not to litter in the yard. After few requests, mr Vardi approached the child and put his on the boy's shoulder telling him to pick up the trash. The boy picked it up and mr Vardi went back to work.

Soon after, ~~two adults~~ members of the boys family and relatives showed up led his mother, Jacqueline Craig. They surrounded mr Vardi and started yelling and threating, accusing mr Vardi of choking A.C. Mr Vardi called the police.

J.C. called over the phone for more people to come over and threat or and use violence against mr Vardi. and later some friend of her, adult male, showed up. A neighbor came by to try to talk down the situation, but just like mr Vardi he was encountered by racial slurs, threats and profanity.

J.C. said "you have problem with trash..." and instructed her children to go home and fetch more trash. They did, then she instructed them to throw it on the yard. and the happily and laughingly

(2)

threw it onto the yard.
later on a police officer arrived and approched mr Vardi to ask for the situation. then turned to the craigs. they argued and yelled profanities at him and few got arrested.

days later, when J.C. was released, she went to mr Vardi's home and broke the light fixtures by the garage and took decoration from the house. stole it never to be returned.

After the event, J.C. and her affiliates and representatives started a campain of on going slender and defamation against mr Vardi, through the media and internet. They continued with their racially motiveted descriptions of the event, as if it was so. The craigs, J.C. A.C. L.c/H J.H. gave false and deceiving testimonies to investigator, ofte contradicting each other. they did so deliberately and knowingly L.c/H and J.H. were not present at the time and place of the event, but were presented as such nevertheless. On the day of the trial of mr Vardi, A.C. and L.c/H gave testimony full of lies about the nature of the event, lying under oath. While L.c/H was a false witness under oath. In A/C's testimony he describes how he went to play football and basketball immediatly after the event. Hospital report found no injury or any

signs of the alleged contact, let alone violent abuse.

Base on the (contaminated and bias toward the criminal craig family) police investigation and hospital report which found no bodily harm or any signs for it, the (Political) case was reffered to a municipal court as class C misdemeanor and not to a higher court as required by law if bodily harm was done! Class-C misdemeanor indicates there was no bodily harm or any injury involved. therefore the entire lawsuit is nothing but a litigation harassment!

Mr. Vardi request the court to dismiss the case against him, and open and investigation against the collusion of C.P. Joel Fitzgerald and W5 A.C. D.C. from the FWPD with stacy Merritt and his associates who participated in a hate crime and contaminated the investigation.

On Jan 21. 2017, the craig family ordered/envited/requested several gunmen (includ and facilitated by stacy Merritt) to threat mr. Vardi at his residence at 7417 Rock Garden Trail, FW 76123.

The gunmen and stacy merritt yelled racial threats and racial profanities including: killing you white man, white trash, ... shoot you, it's a black street, the blacks owns it, we will destroy you racist... All the white holding loaded guns.

The gunmen included Mark Hughes, Lashadion Shurwell, Eric Randall, and with them was Stacy Merritt (apparently not holding a gun) as a supporter and speaker.
They also yelled similar things to some of the other people in the neighborhood.

From internal investigation of the FWPD it appears clearly that the office of the C.P. and its people knew Stacy Merritt and his friends, the office of C.P. met with them prior to that, invited them to participate. They knew about the threats/hate crime and were part of it.

Mr Vardi ask the court to look into the involvement of corrupted officials in the FWPD and to bring them to justice. them and the collaborators.

Stacy Merritt is not a leagal representor. he is a participant, a racist hate criminal, just like C.P. Joel Fitzgerald.

Mr. Vardi went to FWPD several times to request documents, yet every time they made it unnecessarily difficult on him. The is believed to be due to some instruction from the office of the C.P. (C.P. who himself is a participant with clear racial bias).

(5)

Currently the Craigs are suing Mr. Vardi as an harassment, for financial/extortion with false claims of, new false claims of previously unknown injury and grievance to A.C.

Behind it is nothing but extortion and harassment, litigation harassment orchestrated by Stacy Merritt and Daryl Washington as part of their ideology.

Mr Vardi accuses Stacy Merritt of hate crime, threats, harassment and on going defamation.

Mr. Vardi also accuses Daryl Washington of harassment and defamation.

Mr. Vardi accuses the Craig family of harassment and defamation, on going defamation.

Mr. Vardi accuses Holly Bozier, FW prosecutor, of producing false witness to the court during a trial on Jan 30-31, 2018 and producing false statements and defamation against Mr. Vardi in court. Again producing false statements (accusations) on Dec. 4, 2019. Evidences are present on court records at FW municipal court.

Mr Vardi accuses FW C.P. Joel Fitzgerald, Vance Keys, and Abdul pridgen of gross negligence. Knowingly and intentionally colluding with party inorder to tilt an investigation base on racial bias and political bias.

The case which stacy merritt and his people/clients presented to the court is part of a campain of deception and fraud against Mr. Vardi as well as against the court itself!

Your honor,
Please consider the record (criminal record) of the craig family which already include numerous incidents and convictions involving fraud, theft, burglary, deception, violence and more.

Please your honor,
Consider the record of stacy merritt of racially motivated false accusations against civilians and public officials. False statement that undermine law enforcemt offials and institutions as well as the ▓▓▓ courts. Hence erodes their legitimacy and credibility in the eyes of the public. Unfortunatly.

Again, thank you, very much appreciated.

God bless you.

Honorable judge,

Mr Vardi wish to request a change of date to the pretrial hearing.
The reason is the holidays in April, taking place befor, during and after the planned date of the hearing.
Holidays including Passover and Mimuna.
Please kindly consider the motion / request.


Thanks

Kind regards

ורדי יואל

**17-6667** Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT



350 W. BELKNAP STREET

Fort Worth, Texas 76102
Nature of Call
INFO ONLY

Fax 817-392-4201

817-392-4200

Reported Date
01/21/2017

Member#/Dept ID#
BLASINGAME, K

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| FORT WORTH POLICE DEPARTMENT | 17-6667 | ORIG | 01/21/2017 | 14:57 |

| CAD Call No | Status | Nature of Call |
|---|---|---|
| 170060359 | Report taken | Information only/no criminal offense |

| Location | City | ZIP Code | PRA |
|---|---|---|---|
| 7425 ROCK GARDEN TRL | Fort Worth | 76123 | D135 |

| Division | Zone | From Date | From Time | Member#/Dept ID# |
|---|---|---|---|---|
| S | S03 | 01/21/2017 | 14:57 | 4343/BLASINGAME,K |

| Assignment | 2nd Member#/ID# |
|---|---|
| South Division Team 3 2nd Shift (B Watch) | DWYER,D |

| Assignment | Entered by |
|---|---|
| South Division Team 3 2nd Shift (B Watch) | 4343 |

| Assignment | RMS Transfer | Prop Trans Stat | Council Dist |
|---|---|---|---|
| South Division Team 3 2nd Shift (B Watch) | Successful | Successful | 06 |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 602536 | 01/22/2017 | 18:34:36 |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| REP | 1 | I | HUGHES,MARK | 1609977 | B | M |
| REP | 2 | I | SHEMWELL,LASHADION | 684934 | B | M |
| REP | 3 | I | RANDALL,ERIC | 2773366 | B | M |

## Summary Narrative

An Information Report was completed.

| Report Officer | Printed At | |
|---|---|---|
| 4343/BLASINGAME,K | 11/30/2017 12:27 | Page 1 of 5 |

**17-6667**  Supplement No ORIG

# FORT WORTH POLICE DEPARTMENT

## Reporting party 1: HUGHES, MARK

| Involvement | Invl No | Type | Name | | | | | MNI |
|---|---|---|---|---|---|---|---|---|
| Reporting party | 1 | Individual | HUGHES, MARK | | | | | 1609977 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|
| Black/African American | Male | | 35 | No | 5'08" | 170# | Brown | 4518893 |

| Type | Address | | | Rep Dist | Beat |
|---|---|---|---|---|---|
| Home | 425 KENNEDY DR | | | M999 | X01 |

| Map Coordinates | | City | State | Date |
|---|---|---|---|---|
| 02327007 | 06897634 | Crowley | Texas | 01/21/2017 |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | | |

## Reporting party 2: SHEMWELL, LASHADION

| Involvement | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| Reporting party | 2 | Individual | SHEMWELL, LASHADION | 684934 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Black/African American | Male | | 29 | No | 5'11" | 180# | Black | Brown |

| PRN |
|---|
| 4518894 |

| Type | Address | City | State |
|---|---|---|---|
| Home | 1008 CANAL ST #B | McKinney | Texas |

| ZIP Code | Date |
|---|---|
| 75069 | 01/21/2017 |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | | |
| Drivers License | | |

## Reporting party 3: RANDALL, ERIC

| Involvement | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| Reporting party | 3 | Individual | RANDALL, ERIC | 2773366 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? |
|---|---|---|---|---|---|
| Black/African American | Male | | 46 | Non-Hispanic or Non-Latino | No |

| PRN |
|---|
| 4518895 |

| Type | Address | City | State |
|---|---|---|---|
| Home | 10062 ROYAL LN #126 | Dallas | Texas |

| ZIP Code | Date |
|---|---|
| 75238 | 01/21/2017 |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | | |

## Modus Operandi

Premise Type
Street, highway, alley

Suspect Action
Not an offense-not applicable **********

## Narrative

S223, Officer K. Blasingame #4343, axon body camera activated. Patrol vehicle 218-0075 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
S232, Officer D. Dwyer #4221, axon body camera activated. Patrol vehicle 218-0073 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
S234, Officer C. Alfaro #4346, axon body camera activated. Patrol vehicle 148-0168 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
S210, Sgt. M. Mapes #2915, not equipped with axon body camera. Patrol vehicle 147-1584 in-car video not activated.
S230, Sgt. B. Randolph #2797, not equipped with axon body camera. Patrol vehicle 147-1796 in-car video not activated.
Z510, Sgt. C. Hubbard #3026, not equipped with axon body camera. Patrol vehicle 147-1736 in-car video not activated.
S233, Officer C. Zelaya #4197, axon body camera activated. Patrol vehicle 218-0074 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
Z516, Officer R. Scott #3907, not equipped with axon body camera. Patrol vehicle 147-1806 in-car video not activated.

| Report Officer | Printed At | |
|---|---|---|
| 4343/BLASINGAME, K | 11/30/2017 12:27 | Page 2 of 5 |

# FORT WORTH POLICE DEPARTMENT

## Narrative

Z515, Officer M. Kaether #3893, axon body camera activated. Patrol vehicle 147-1580 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
Z517, Officer C. Deluna #4093, axon body camera not activated. Patrol vehicle 147-1439 in-car video not activated.
S141, Officer J. Grandmaison #4258, axon body camera not activated. Patrol vehicle 218-0098 in-car video not activated.
Z512, Officer J. Miller #3512, axon body camera activated. Patrol vehicle 147-1535 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
S224, Officer J. O'Conner #4378 and Officer C. Weir #4045, had axon body cameras activated. Patrol vehicle 218-0013 in-car video not activated.
Z511, J. Riggall #3416, not equipped with axon body camera. Patrol vehicle 147-1859 in-car video not activated.
S231, R. Driesenga #4088, axon body camera activated. Patrol vehicle 218-0071 in-car video activated. Videos will be uploaded to evidence.com and tagged with the report number.
S243, B. Lance #4313, axon body camera not activated. Patrol vehicle 218-0014 in-car video not activated.
*************************************************************************************************

On Saturday 1/21/17 at 1513hrs, I Ofc. K.Blasingame #4343 working S223 and wearing full police uniform with badge and patches, was dispatched to a Disturbance in 7400 block of Rock Garden Trl. Call details were "IN THIS BLOCK OF ROCK GARDEN....GROUP 15 X PEOPLE...RED SHRT/ UNK WPNS....STANDING IN THE MIDDLE OF THE ST PROTESTING....BLOCKING TRAFFIC...MAKING LOTS OF NOISE....[Notification] [FORT WORTH POLICE]-addtl caller... tracy ortez 817-929-4671... cp adv group of 15 children in the street yelling/making loud noises... sts there is bm unk desc with megaphone...cp went outside and asked subj to stop or move somewhere else...bm began yelling and arguing with cp...cp went back inside...sts subjs still outside".

Upon my arrival at 1517hrs, I observed a large group of children and one adult b/m all wearing red shirts in the street in front of 7425 Rock Garden Trl. The group was strung out across the street effectively blocking any traffic that might be passing through. The group noticed my presence and they all got on 7425 Rock Garden Trl.'s property in the front yard. I asked dispatch to go ahead and start me a few more additional units due to the amount of people that were presently there. I approached the group and asked them how things were going and what they had going on today. The group had loud music playing from a boom box that was connected to the battery of a church van parked outside the residence of 7425 Rock Garden Trl. The adult in the group said that they were teaching a personal defense class for the kids. I asked him why they had to be in the street for that. He told me that they were warming up. I told him that that was ok but they needed to keep it out of the street and turn the music down so that they did not disturb the rest of the neighborhood. Another male who was walking through 7425 Rock Garden Trl's yard at the time (later identified as the family's lawyer "S. Lee Merritt") repeated what I had told them and said that they would be sure to do that. I informed the group that they were ok as long as they kept it out of the street and kept the music down. I started walking back to my marked patrol vehicle, that was parked several houses North from 7425 Rock Garden Trl, and informed units en-route to my call that everything was ok.

Ofc. D.Dweir #4221 who was on his way to my call location called me at this time and informed me that he had spoken with additional caller "Tracey Ortez" who informed him of the following. Tracey saw them setting up in the front yard. Tracey saw all the boys in the group lined up side by side. An adult got on a PA and started telling the children "What do we do when a man chokes you out?" the boys replied "we kick him and we kill him" the boys then did a kicking motion. Tracey went outside to talk to a lady standing nearby, the lady told Tracey to mind her own business and go home. Tracey went back inside her house. The group started back on the PA again and was being really loud. Tracey walked back outside and talked to the adult who was on the PA telling him that they were being too loud and to keep it down. The adult who was on the PA then got in Tracey's face and told her that it was their neighborhood too and that they had rights and freedoms. Tracey went back inside her house and called 911.

While Ofc. Dwyer was telling me what Tracey had reported to him I was sitting in the driver's seat of my patrol vehicle with the door open. While I was talking to Ofc. Dwyer I kept view of the group from my position. As Ofc. Dwyer finished telling me what Tracey had told him I saw three black males walking through the group of children heading north in my direction. As the three black males worked their way around the vehicles parked in the

| Report Officer | Printed At | |
|---|---|---|
| 4343/BLASINGAME,K | 11/30/2017 12:27 | Page 3 of 5 |

# FORT WORTH POLICE DEPARTMENT

## Narrative

driveway of 7425 Rock Garden Trl, I saw that two of them were carrying rifles that, from my position, looked to me to be AK-47s. Ofc. Dwyer was still on the phone when this was occurring. I told Ofc. Dwyer that the 3 black males were approaching my car with guns and hung up.

The three black males who were later identified as REP1 (Hughes, Mark b/m, ▮▮▮) who was wearing nice dress pants and dress shirt. REP2 (Shemwell, Lashadion b/m, ▮▮▮) who was wearing a white t-shirt and camo pants. REP3 (Randall, Eric b/m, ▮▮▮) who was wearing black pants, black combat boots, a white t-shirt, and a camo jacket.

I got out of my marked patrol vehicle and retreated to the rear, positioning the vehicle between myself and the black males advancing in my direction. I then pulled my service weapon out of its holster being in fear for my life that Hughes, Shemwell and Randall were approaching my position with loaded AK-47s. I then informed dispatch that I had three black males carrying what I believed to be loaded AK-47s approaching me. Hughes and Shemwell were the ones carrying long guns and held them with two hands and vertically in front of them with the barrel pointed up at the sky. The long guns were not slung around their bodies and Hughes, Shemwell and Randall were staring at me. I did not engage any of the REPs being by myself and in fear that they might react to any approach or engagement with them with gunfire. Hughes, Shemwell and Randall continued north on the side walk on the east side of the street still carrying their long guns in the upright manner, never entering into the public roadway. Hughes, Shemwell and Randall continued their path until they reached the corner of 7400 Rock Garden Trl and 5200 Valley Village Dr. Hughes, Shemwell and Randall then turned around and proceeded south on the same East side of the sidewalk of 7400 Rock Garden Trl. This entire time I kept my patrol vehicle in between Hughes, Shemwell and Randall and myself. I saw that Hughes, Shemwell and Randall were walking back towards the group of children I had made contact with earlier. I followed Hughes, Shemwell and Randall, with my gun pointed down at my side, on the west side of the street seeking cover from possible gunfire. While I was shadowing their movements one of the REPs started yelling in my direction asking why I had my gun pulled out. The group of children at this time started going inside the residence at 7425 Rock Garden Trl. Hughes, Shemwell and Randall walked into the front yard of 7425 Rock Garden Trl and turned so that they were facing west in my general direction. Hughes, Shemwell and Randall were still carrying their long guns and started yelling at me asking why I had my gun pulled out. At this time I had cover behind a brick mail box and was telling people who were coming out of their homes behind me to go back inside their homes where it was safe. I then started telling Hughes, Shemwell and Randall to put down their weapons. Hughes, Shemwell and Randall started yelling back at me telling me about their rights. Ofc. Dwyer arrived on scene at this time and they started yelling at him asking him why he was pointing his gun at them. Hughes, Shemwell and Randall appeared to be getting very agitated and amped up. Fearing they may decide to start shooting at myself or other officers that were on scene or arriving on scene I pointed my weapon at Hughes, Shemwell and Randall and told them to place their weapons on the ground. One of the REPs then asked me where I wanted to them to put their weapons. I told them I wanted them to place their weapons in the middle of the street. I told them this due to the church vehicle being parked in front of 7425 Rock Garden Trl. I wanted to be able to have a clear view the weapons after they placed them on the ground. The Hughes then told me that they would place their weapons on the ground after I informed Ofc. Dwyer that they were about to place their weapons in the street. I informed Ofc. Dwyer that they were about to walk into the street to place their weapons on the ground. I told REPs that it was ok for them to move towards the street then. Hughes and Shemwell who were carrying the long guns moved to the middle of the street and placed their long guns on the ground. I ordered Hughes and Shemwell to back away from their weapons. Hughes and Shemwell moved back to where they were standing in the front yard. While this was happening they were yelling and arguing with me and other officers who had made the scene. Randall was still in the front yard and never went to the street. Randall asked if he had to put his gun on the ground too. I told Randall that he needed to put his weapon on the ground. Randall then placed his pistol, which I had not noticed until that moment, on the grass in front of him. I then started approaching Hughes, Shemwell and Randall with Sgt. Randolph to my left. As I neared the curb of 7425 Rock Garden Trl with my gun still pointed at Hughes, Shemwell and Randall because I feared they may have other weapons on their persons that I was unaware of, I ordered them to back up. REPs asked me why they had to back up. I told them because there was a pistol right in front of them in the yard. Hughes, Shemwell and Randall looked at the pistol, said ok, and backed away. I moved towards the pistol that was laying on the ground and put my foot on top of the gun. I told Hughes, Shemwell and Randall to get on the ground. REPs then started yelling at me asking why they had to get on the ground. I ordered Hughes, Shemwell

# FORT WORTH POLICE DEPARTMENT

### Narrative

and Randall to get on the ground and put their faces down. Shemwell and Randall eventually got on the ground and proned themselves out. Hughes had only placed a knee on the ground at this point and was still arguing with me about why he had to get on the ground. Ofc. Alfaro #4346 moved around behind Hughes and assisted him to the ground proning him out. I then moved towards Randall and placed him in handcuffs until we could make sure that the scene was safe. While I was placing Randall in handcuffs other officers moved in on Shemwell. Ofc. Alfaro placed Hughes in handcuffs. Myself and other officers then patted Hughes, Shemwell and Randall down for any additional weapons. Randall had a black Karambit knife in his left pocket which I removed from his person and handed to another officer nearby. Hughes, Shemwell and Randall where then placed in separate patrol vehicles until officers could determine if the weapons were stolen.

The weapons that were in Hughes, Shemwell and Randall's possession were not stolen. Hughes, Shemwell and Randall were all released and given their weapons back. REP3 started arguing with Ofc. R.Driesenga #4088 after Ofc. Driesenga had already informed Randall that he was free to go. While Randall was arguing with Ofc. Driesenga, Ofc. Driesenga kept reminding Randall that he was free to go. Randall eventually walked away from Ofc. Driesenga.

No CSSU
Sgt. Randolph #2797

17-6667  Supplement No 0001

# FORT WORTH POLICE DEPARTMENT



350 W. BELKNAP STREET

Fort Worth, Texas 76102
Nature of Call

Fax 817-392-4201

817-392-4200

Reported Date
01/21/2017

Member#/Dept ID#
DWYER, D

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| FORT WORTH POLICE DEPARTMENT | 17-6667 | 0001 | 01/21/2017 | 19:58 |

| Member#/Dept ID# |
|---|
| 4221/DWYER, D |

| Assignment | Entered by |
|---|---|
| South Division Team 3 2nd Shift (B Watch) | 4221 |

| Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|
| South Division Team 3 2nd Shift (B Watch) | Successful | Successful |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 2797 | 01/22/2017 | 12:22:30 |

## Narrative

On Saturday, January 21, 2017, at 1513 hours, I, Officer D. Dwyer #4221, in marked patrol vehicle 218-0073, working as unit S232, was dispatched to a residence located on the 7400 block of Rock Garden Trl, on a disturbance call.

Enroute to the call, I called one of the cp's, Tracey Ortez. Ortez stated that she saw a group of young males in red shirts, assemble across the street at 7425 Rock Garden Trl. She stated the young boys lined up side by side and responded to things the adult male on a P.A. system was saying. Ortez stated the male said, "What do we do when a man strangles you?," the boys responded back with, "We kick, and we kill'em." Ortez stated she went outside and spoke to an adult female and told her they are being loud. The female responded by telling Ortez to go home and mind her own business. Ortez went home and the noise quieted down. A short time later, Ortez heard the noise again on the P.A. Ortez went out again and this time spoke to the male that was on the P.A. She told him they were being loud again. The male got confrontational and in her face telling her that they live in the neighborhood too and they have rights and freedoms. Ortez then went back to her house and call 911.

Officer K. Blasingame arrived on scene first. He was on scene a few minutes and then radioed that there was nothing going on and the call was handled. Due to the call details and speaking with the cp, I informed Ofc Blasingame I would stay enroute. I then called Ofc Blasingame to tell him what I found out from Ortez. While on the phone with him, he said, "Guns! They have guns!" I got on the radio, closed the channel and started running code to the call location.

Upon arrival at 1525 hours, Officer K. Blasingame #4343, was already on scene and had positioned himself behind cover due to 3 individuals standing in the yard at 7425 Rock Garden Trl, were displaying an AK-47, an AR-15, and a pistol. I deployed my AR-15 and positioned myself behind my patrol vehicle for cover. Ofc Blasingame instructed the black males in the yard with weapons, to put the rifles in the street and back away. The male with the pistol placed the pistol on ground in the yard. Ofc Blasingame instructed the males to back up away from the pistol. Ofc Blasingame and the other officers on scene advanced on the property to secure the weapons and ensure there were no other weapons on the males. The males were ordered to the ground to prone out. Two of the males eventually complied after constant cursing and derogatory comments from all three males. The third male, had gone to one knee, but refused to lay prone, as instructed by officers. Officer C. Alfaro #4346, moved in to cuff the third male, refusing to go prone. Ofc Alfaro assisted the male to the prone position and then placed cuffs on him. All three males were placed in cuffs, detaining them, and them placed in separate vehicles until we could identify them, ensure the weapons were not stolen, and secure the scene of any other possible weapons. Once the scene was secured, the males were released and their weapons were given back to them. All three weapons, upon inspection, were loaded, but no rounds chambered. After supervisors had spoken with the individuals, all units vacated the area.

| Report Officer | Printed At | |
|---|---|---|
| 4221/DWYER, D | 11/30/2017 12:28 | Page 1 of 2 |

**17-6667** Supplement No 0001

# FORT WORTH POLICE DEPARTMENT

### Narrative
Sgt. B. Randolph #2797

| Report Officer | Printed At | |
|---|---|---|
| 4221/DWYER, D | 11/30/2017 12:28 | Page 2 of 2 |