IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 4 2019

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

JACQUELINE CRAIG, INDIVIDUALLY  §
AND ON BEHALF OF MINORS J.H.,  §
K.H., AND A.C., ET AL.,  §
 §
  Plaintiffs,  §
 §
VS.  § NO. 4:17-CV-1020-A
 §
CITY OF FORT WORTH, TEXAS,  §
ET AL.,  §
 §
  Defendants.  §
 §

JACQUELINE CRAIG, INDIVIDUALLY  §
AND ON BEHALF OF MINORS J.H.,  §
K.H., AND A.C., ET AL.,  §
 §
  Plaintiffs,  §
 §
VS.  § NO. 4:19-CV-067-A
 §
ITAMAR VARDI,  §
 §
  Defendant.  §

ORDER

On February 11, 2019, defendant Itamar Vardi ("Vardi") filed

a handwritten document in each of the above-referenced cases,

explaining from his perspective what had happened to him with

regard to the incident giving rise to Civil Action No. 4:17-CV-

1020-A and events thereafter. Attached to the document are police

reports that give credibility to Vardi's narrative. And, a

separate document filed February 12, 2019 (docketed as item 65 in

Civil Action No. 4:19-CV-067-A) reflects events that caused an

escalation of tensions arising out of the release of confidential information of the Fort Worth Police Department.[1]

Basically, Vardi says that on December 21, 2016, he was working in his yard when a neighbor boy, now known as A.C., threw a plastic bag on Vardi's lawn. A.C. refused to pick up the bag after several requests to do so and Vardi approached A.C., putting his hand on the child's shoulder, and told him to pick up the trash, which A.C. did. Soon after, Jacqueline Craig ("Craig") and members of her family came over, surrounding Vardi, yelling and threatening him, accusing him of choking A.C. Vardi called the police. Craig called over the phone for more people to come over and threaten or use violence against Vardi. A neighbor who tried to help calm the situation was met by racial slurs, threats, and profanity. Craig told Vardi he had a problem with trash and instructed her children to go home and get more trash to throw in Vardi's yard. When police arrived, the Craigs (that is, plaintiffs collectively) argued and yelled profanities and some of them were arrested.[2]

---

[1] The deputy clerk who received the item for filing was told that it was a supplement to the February 11 narrative. Accordingly, the court is directing that this document also be filed in No. 4:17-CV-1020-A.

[2] The Craigs' behavior is captured on video taken by one of them and by the officer who responded to Vardi's call. Doc. 45, Ex. A-2 and Doc. 50, Ex. 3 in No. 4:17-CV-1020-A.

Days later, Craig went to Vardi's house and broke the light fixtures by the garage and took decorations from the house. Then, Craig and others started an ongoing campaign of slander and defamation against Vardi through media and the internet. Hospital and police reports showed no evidence to support the allegation that Vardi had choked A.C. The Craigs gave false testimony to the contrary under oath at Vardi's trial.

On January 21, 2017, the Craigs invited several gunman to threaten Vardi at his residence. The gunmen, Mark Hughes, LaShadion Shemwell, and Eric Randall, along with Stacy Merritt yelled racial threats and profanities, telling Vardi that his was a black street, owned by blacks, and that they would destroy him. Vardi says that Fort Worth Police were aware of the threats and hate crimes and were part of it. The police reports attached to Vardi's narrative reflect that two of the gunmen were carrying rifles that appeared to be AK-47s. They were with a large group of children in front of Vardi's house. A man with a megaphone asked the children, "What do we do when a man chokes you out?" The children replied, "We kick him and we kill him." A neighbor who complained about the noise were told by the protesters to mind her own business and go back inside her home.

The foregoing account, if true, is disturbing. The court is not certain, however, what relief Vardi is seeking. That is, the

3

document filed February 11 does not make clear whether Vardi
intends to assert counterclaims against the Craigs and/or whether
he intends to seek relief from other persons described therein
who may have wronged him. Accordingly,

The court ORDERS that if Vardi intends to assert any claims
based on the events described in his February 11 narrative, he
file a document setting forth specifically the relief he seeks
from each person, stating specifically with regard to each such
person what that person did to cause him or her to be liable to
Vardi for such relief.

SIGNED February 14, 2019.

JOHN McBRYDE
United States District Judge

4