

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 0 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| JACQUELINE CRAIG, INDIVIDUALLY AND ON BEHALF OF MINORS J.H., K.H., AND A.C., ET AL., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:17-CV-1020-A |
| CITY OF FORT WORTH, TEXAS, ET AL., | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| JACQUELINE CRAIG, INDIVIDUALLY AND ON BEHALF OF MINORS J.H., K.H., AND A.C., ET AL., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:19-CV-067-A |
| ITAMAR VARDI, | § § | |
| Defendant. | § | |

## ORDER

Came on for consideration the motion of Daryl K. Washington ("Washington") to withdraw as counsel for plaintiffs, Jacqueline Craig ("Craig"), J.H. and K.H., minor children through their mother, Craig, as next friend, and Brea Hymond. The motion reflects that S. Lee Merritt will continue to represent plaintiffs. The court finds that the motion should be granted.

The court ORDERS that Washington's motion to withdraw be, and is hereby, granted, and Washington be, and is hereby,

withdrawn as counsel for plaintiffs in each of the above-
captioned actions.

SIGNED February 20, 2019.

JOHN McBRYDE
United States District Judge