**FILED**
September 12, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 15, 2022
Lyle W. Cayce
Clerk

No. 19-10013

JACQUELINE CRAIG, INDIVIDUALLY and *on behalf of* MINORS J.H., K.H., AND A.C.; BREA HYMOND,

*Plaintiffs—Appellees,*

*versus*

WILLIAM D. MARTIN,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:17-CV-1020-P

Before OWEN, *Chief Judge,* and BARKSDALE and DUNCAN, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED.

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Sep 08, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit