UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JACQUELINE CRAIG, INDIVIDUALLY
AND ON BEHALF OF MINORS J.H., K.H.,
AND A.C., ET AL.,**

   Plaintiffs,

v.                                                                     No. 4:17-cv-1020-P

**CITY OF FORT WORTH, TEXAS, ET AL.,**

   Defendants.

### ORDER

On September 12, 2022, the United States Court of Appeals for the Fifth Circuit issued a Judgement and Mandate with a supporting Opinion in this case. ECF Nos. 73, 74. The Fifth Circuit's Opinion stated that the denial of qualified immunity on the excessive force claims is reversed, and summary judgment is rendered in Martin's favor as to the excessive force claims. ECF No. 74.

Accordingly, the Court **ORDERS** the Parties to file a Joint Report **on or before September 28, 2022**, detailing the remaining issues in front of the Court following the issuance of the Mandate. The Joint Report shall also include a proposed briefing schedule to resolve these issues.

**SO ORDERED** on this **14th day** of **September 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE