UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JACQUELINE CRAIG, INDIVIDUALLY
AND ON BEHALF OF MINORS J.H., K.H.,
AND A.C., ET AL.,**

   Plaintiffs,

v.                                                    No. 4:17-cv-1020-P

**CITY OF FORT WORTH, TEXAS, ET AL.,**

   Defendants.

## ORDER

Having considered the Parties' Joint Report and Joint Motion for Entry of Rule 54(b) Final Judgment as to Certain Party (ECF No. 77), the Court, finding good cause, hereby **ORDERS** that the above-captioned proceeding will be stayed until **December 8, 2022**, to permit the Parties to finalize their settlement agreement. This case is administratively **CLOSED**.

**SO ORDERED** on this **27th day** of **September 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE